UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-14665-BKC-LMI
CHAPTER 13

IN RE:

ADVERSARY PROCEEDING NO. 12-01841-LMI

JESUS ROBERTO SOLER
        Debtor.
_____/

MARIA M. YIP
        Plaintiff,

vs.
JESUS ROBERTO SOLER,
        Defendant.
_____/

## MOTION TO DISMISS

The Defendant, JESUS ROBERTO SOLER,  moves this Honorable Court for

dismissal of this action and states:

1.      This Adversary proceeding was filed on August 9, 2012.

1.      On July 5, 2012, the Trustee filed a second agreed Ex Parte Motion to

Extend time to (I) Object to Debtor's Discharge under 11 U.S.C. § 727; and (II) Object to

Dischargeability of Debts under 11 U.S.C. § 523, [ECF 73].

2.      On July 6, 2012, this Court entered an Order Granting Trustee's Ex Parte

Motion for Extension, [ECF 75], setting the deadline by which the Trustee may object to the

Debtor's Discharge under 11 U.S.C. § 727, or the dischargeability of specific debts under

11 U.S.C. § 523, through and including Wednesday, August 8, 2012.

3.      This Adversary Complaint was filed on August 9, 2012, [ECF 1], one day

after the deadline set by this Court, [ECF 75].

WHEREFORE, the Debtor requests this Honorable Court dismiss this Complaint

and any other relief this Court deems proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by email to Nicole M. Grimal, Esquire at ng@ecclegal.com, this 27th day of September 2012.

> LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
> & RODOLFO H. DE LA GUARDIA, JR.
> Attorneys for the Debtor
> Suite 620 • Union Planters Bank Building
> 10 Northwest LeJeune Road
> Miami, FL 33126-5431
> Telephone (305) 443-4217
> Email- Pleadings@bkclawmiami.com
>
> By  /s/   Michael A. Frank
>         Michael A. Frank
>         Florida Bar No. 339075